AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 22, 2020**

SEAN F. McAVOY, CLERK

OOH! MEDIA LLC, a Washington limited liability company, and KEVIN "TED" CARROLL, an individual,

*Plaintiff*

v.

SPOKANE TRANSIT AUTHORITY, a Washington municipal entity, and SUSAN MEYER, individually and as chief executive officer of Spokane Transit Authority,

*Defendant*

Civil Action No. 2:19-CV-00335-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion for Partial Summary Judgment – Affirmative Defenses, Nos. 6,7, and 8 (No First Amendment Issue), and Nos. 13, 15, and 17 (Qualified Immunity) is DENIED. Plaintiffs' Motion for Partial Summary Judgment – Defendant Spokane Transit Authority's Counterclaim – Doctrine of Account Stated is DENIED. Plaintiffs' Motion for Partial Summary Judgment – Affirmative Defenses No. 6 and 7 to Defendant Spokane Transit Authority's Counterclaim is DENIED. Defendants' Motion for Summary Judgment – First Amendment Retaliation is GRANTED. Defendants' Motion for Summary Judgment – Qualified Immunity, ECF No. 49, is GRANTED. Judgment is entered in favor of Defendants and against Plaintiffs on the First Amendment claims. The remaining state law claims are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on motions for summary judgment.

Date: September 22, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza